Frank Candee, Respondent, *v.* Pennsylvania Railroad Company, Appellant.

*Candee* v. *Pennsylvania R. R. Co.*, 166 App. Div. 909, affirmed.
(Argued October 26, 1917; decided November 13, 1917.)

Appeal from a judgment, entered December 14, 1914, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and granting a new trial and directed reinstatement of said verdict in an action to recover for personal injuries alleged to have been occasioned plaintiff through the negligence of defendant. Plaintiff, while walking along the landing platform at one of defendant's stations while waiting for a train

on which he intended to become a passenger, was struck from behind by an approaching engine and received the injuries complained of. The motion to set aside the verdict was granted upon the grounds that it appeared from the evidence that the plaintiff was guilty of contributory negligence which caused or contributed to the accident; that the verdict of the jury was contrary to the instructions of the court and was against the weight of evidence on the question of contributory negligence.

*Allen J. Hastings* for appellant.

*Thomas H. Dowd* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, MCLAUGHLIN and CRANE, JJ.